IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

LESROY E. BROWNE, on behalf of himself
and those similarly situated,

      Plaintiff,

v.                                                   Case No.: 2:22-cv-02713

NATIONAL COLLEGIATE STUDENT
LOAN TRUST A/K/A NATIONAL
COLLEGIATE MASTER STUDENT LOAN
TRUST I, et al.,

      Defendants.

### NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

**TO:**   Yongmoon Kim, Esq.
         KIM LAW FIRM LLC
         411 Hackensack Avenue, Suite 701
         Hackensack, NJ  07601

**Counsel:**    **Yongmoon Kim**

**PLEASE TAKE NOTICE** that on a date to be set by the Court, the undersigned attorney for defendant, Transworld Systems Inc., will apply to the United States District Court of the District of New Jersey for the entry of an order admitting Justin H. Homes, Esq., to appear in this matter *pro hac vice* pursuant to Local Civil Rule 101.1 (c); and

**PLEASE TAKE FURTHER NOTICE** that defendant will rely upon the Certifications of Aaron R. Easley and Justin H. Homes in support of said motion; and

**PLEASE TAKE FURTHER NOTICE** that no opposition to this motion is anticipated at this time.  In the event that said opposition is filed, movant requests oral argument; and

**PLEASE TAKE FURTHER NOTICE** that no brief is necessary as the motion does not involve any legal issue which requires briefing by the parties.

Dated: May 26, 2022	Respectfully submitted,

/s/ Aaron R. Easley
Aaron R. Easley, *Esq.*
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile: (877) 334-0661
Email: aeasley@sessions.legal
Attorney for Defendant,
*Transworld Systems Inc.*