IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

LESROY E. BROWNE, on behalf of himself
and those similarly situated,

      Plaintiff,

v.                                                                          Case No.: 2:22-cv-02713

NATIONAL COLLEGIATE STUDENT
LOAN TRUST A/K/A NATIONAL
COLLEGIATE MASTER STUDENT LOAN
TRUST I, et al.,

      Defendants.

## DECLARATION OF AARON R. EASLEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF JUSTIN H. HOMES

Aaron R. Easley, of full age, upon his certification says:

1. I am an attorney of law licensed to practice and duly admitted in the State of New Jersey and a member of the firm SESSIONS, ISRAEL & SHARTLE, LLC attorneys for defendant, Transworld Systems Inc., in the above-captioned matter. I make this Certification in support of the application, pursuant to Fed. R. Civ. Proc. 78 and Local Civil Rule 101.1 (c), to admit Justin H. Homes, Esq.

2. Justin H. Homes is an attorney at law of the State of Louisiana and is a partner with the firm SESSIONS, ISRAEL & SHARTLE, LLC. Mr. Homes has had an attorney-client relationship with Transworld Systems Inc., for an extended period of time, and is fully conversant with the facts and issues involved in this action.

3. Transworld Systems Inc. wishes to be represented by Mr. Homes in this matter. My firm SESSIONS, ISRAEL & SHARTLE, LLC, will act as counsel of record for

Transworld Systems Inc., in this matter.  Pursuant to the terms of Fed. R. Civ. Proc. 78 and Local Civil Rule 101.1(c), if the motion to permit Justin H. Homes to appear *pro hac vice* is granted, SESSIONS, ISRAEL & SHARTLE, LLC, will sign all papers and be responsible for the conduct of the proceedings.

4. A true and correct copy of the Declaration of Justin H. Homes is attached hereto as Exhibit A.

5. Pursuant to 28 U.S.C. § 1746, I declare and state under penalty of perjury that the foregoing is true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 26, 2022    Respectfully submitted,

/s/ Aaron R. Easley
Aaron R. Easley, *Esq.*
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822
Telephone:  (908) 237-1660
Facsimile:  (877) 334-0661
Email:  aeasley@sessions.legal
Attorney for Defendant,
*Transworld Systems Inc.*