IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

LESROY E. BROWNE, on behalf of himself
and those similarly situated,

      Plaintiff,

  v.

NATIONAL COLLEGIATE STUDENT
LOAN TRUST A/K/A NATIONAL
COLLEGIATE MASTER STUDENT LOAN
TRUST I, et al.,

      Defendants.

Case No.: 2:22-cv-02713

## DECLARATION OF JUSTIN H. HOMES

I, Justin H. Homes, Esq., hereby certifies as follows:

    1.    I am an attorney at law in the State of Louisiana and associate of the firm of SESSIONS, ISRAEL & SHARTLE, LLC. My firm maintains an office at 3850 N. Causeway Boulevard, Suite 200, Metairie, Louisiana 70002. I make this Declaration in support of my application, pursuant to Fed. R. Civ. Proc. 78 and Local Civil Rule 101.1(c), for admission *pro hac vice* as counsel for defendant, Transworld Systems Inc., in the within matter. As such, I am familiar with all of the facts set forth herein and state them to be true.

    2.    I certify that I am a member in good standing to practice before the following courts:

| STATE COURTS: | ADMISSION DATES: |
|---|---|
| All Louisiana State Courts | October 11, 1996 |
| Louisiana State Supreme Court | October 11, 1996 |

| U.S. COURTS: | ADMISSION DATES: |
|---|---|
| Fifth Circuit Court of Appeals | October 24, 1996 |
| USDC Middle District of Louisiana | October 25, 1996 |
| USDC Eastern District of Louisiana | October 25, 1996 |
| USDC Western District of Louisiana | October 25, 1996 |
| USDC Western District of Arkansas | June 5, 2008 |
| USDC Western District of Wisconsin | June 6, 2008 |
| USDC Southern District of Texas | August 25, 2010 |
| Second Circuit Court of Appeals | January 14, 2011 |
| USDC Western District of Michigan | February 14, 2011 |
| USDC Northern District of Illinois | December 14, 2012 |
| USDC Eastern District of Michigan | November 5, 2013 |
| USDC District of Colorado | July 30, 2014 |
| Sixth Circuit Court of Appeals | August 25, 2015 |
| USDC New Mexico | January 29, 2016 |
| USDC Western District of Tennessee | March 1, 2022 |

3. My license to practice law has never been suspended or revoked, nor have I ever been subjected to any disciplinary proceedings in any jurisdiction.

4. I am associated in this matter with Aaron Easley, of the firm of SESSIONS, ISRAEL & SHARTLE, LLC, who will serve as counsel of record.

5. I make this Certification in support of my application for admission *pro hac vice* in order to represent my client, Transworld Systems Inc, who has requested my representation in this matter.

6. I agree to comply with all requirements of the Federal Rule of Civil Procedure, including LCR 101.1, and the New Jersey Rules of Court.

7. I shall tender payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Rule 1:28-2(a) and agree to be bound by New Jersey Rule 1:21-7 and its limit on tort fees.

8. I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the court.

9. I agree to make a payment of $150 payable to the Clerk, USDC in accordance with Local Civil Rule 101(c)(3).

10. I agree that I will be within the disciplinary jurisdiction of this Court.

11. I hereby certify no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed in any jurisdiction.

12. I hereby certify that all the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

13. Based upon all of the above, it is respectfully requested that my application for admission *pro hac vice* on behalf of defendant, Transworld Systems Inc, be granted.

*[signature]*

JUSTIN H. HOMES

STATE OF LOUISIANA

PARISH OF JEFFERSON, to wit:

I hereby certify that on this 26th day of May 2022, before me, the subscriber, a Notary Public of the State and Parish aforesaid, personally appeared Justin H. Homes, known to me (or satisfactorily proven) to be the person described herein and who executed the foregoing instrument and acknowledge the same to be his act and deed for the purposes therein contained.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC
My commission is for life

Kevin G. Barreca
Notary Public, No. 54583
State of Louisiana
My commission is for life.