IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)

LESROY E. BROWNE, on behalf of himself and those similarly situated,

    Plaintiff,

v.

NATIONAL COLLEGIATE STUDENT LOAN TRUST A/K/A NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST I, et al.,

    Defendants.

Case No.: 2:22-cv-02713

## PROPOSED ORDER GRANTING NOTICE OF MOTION FOR JUSTIN H. HOMES ADMISSION *PRO HAC VICE*

**THIS MATTER** having been opened to the court by SESSIONS, ISRAEL & SHARTLE, LLC, attorney for defendant, for the admission *pro hac vice* of Justin H. Homes, Esq., to appear on behalf of defendant as co-counsel, and the Court having considered the Affidavit submitted in support of said application, and good cause having been shown;

**IT IS** on this _____ day of _____, 2022

**ORDERED** that Justin H. Homes, Esq., of the firm SESSIONS, ISRAEL & SHARTLE, LLC, is hereby admitted *pro hac vice* to appear in this matter as co-counsel on behalf of defendant, Transworld Systems Inc, in accordance with, and pursuant to, Local Civil Rule 101.1(c); and

1

**IT IS FURTHER ORDERED** that the above-named attorney is hereby required to abide by the Federal Rules of Civil Procedure and the New Jersey Federal Practices, Rules, including all disciplinary rules; and

**IT IS FURTHER ORDERED** that the above-named attorney is hereby required to notify this court of any matter affecting his standing before the Bar of any Court; and

**IT IS FURTHER ORDERED** that the above-named attorney shall have all pleadings, briefs and other papers submitted to the Court signed by an attorney of record authorized to practice in the State of New Jersey and before this court, who shall be responsible for said attorney for the conduct of the attorney admitted *pro hac vice*; and

**IT IS FURTHER ORDERED** that Justin H. Homes shall make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by the New Jersey Court Rule 1:28-2(a); and

**IT IS FURTHER ORDERED** that counsel shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3).

**IT IS FURTHER ORDERD** that a copy of this order shall be served upon all counsel of record within seven (7) day of the date of this order.

_____
Judge