# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LESROY E. BROWNE,**<br><br>    Plaintiff,<br><br>    v.<br><br>**NATIONAL COLLEGIATE STUDENT LOAN TRUST a/k/a NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST I,** *et al.***,**<br><br>    Defendants. | Civ. No. 22-2713 (KM) (JSA)<br><br>ORDER |

Before the Court is Plaintiff Lesroy E. Browne's motion (DE 17) to remand the removed action to state court. The Court having considered the papers in support and in opposition (DE 17, 20, 21) and decided the motion without oral argument; for the reasons stated in the Opinion filed on this date, and for good cause shown;

**IT IS,** this 9th day of March 2023,

**ORDERED** that plaintiff's motion to remand (DE 17) is **GRANTED**; and it is further

**ORDERED** that this action is remanded to the state court from which it originated, Superior Court of New Jersey, Law Division, Hudson County.

The Clerk shall close the file.

/s/ Kevin McNulty

_____

**Hon. Kevin McNulty**
**United States District Judge**