## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## U.S. District Court for the District of New Jersey

LESROY E. BROWNE

                                      Plaintiff,

v.                                                     Case No.:
                                                    2:22–cv–02713–KM–JSA
                                                    Judge Kevin McNulty

NATIONAL COLLEGIATE STUDENT
LOAN TRUST, et al.

                                      Defendant.

Clerk, Superior Court of New Jersey
Hudson County Administration Building
595 Newark Avenue
Jersey City, NJ 07306

State No: HUD–L–001598–21

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                    Very truly yours,

                                                    CLERK OF COURT
                                                    By Deputy Clerk, dam

encl.
cc: All Counsel