UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-066

No. 23-8014

LESROY E. BROWNE, on behalf of himself and those similarly situated

v.

NATIONAL COLLEGIATE STUDENT LOAN TRUST, also known as National
Collegiate Master Student Loan Trust;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1-;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3;
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4;
WILMINGTON TRUST CO, as Trustee for National Collegiate Student Loan Trust;
U.S. BANK, N.A., in its Role as Special Servicer for the National Collegiate Student
Loan Trust; TRANSWORLD SYSTEMS, INC.,
Petitioners

(D.N.J. No. 2-22-cv-02713)

Present:  KRAUSE, PORTER and CHUNG, Circuit Judges

1.  Petition by Petitioners' for Leave to Appeal pursuant to 28 U.S.C. Section
    1453(c) Class Action Fairness Act Review of Remand Orders;

2.  Response by Respondent to Petition for Leave to Appeal pursuant to 28 U.S.C.
    Section 1453(c) Class Action Fairness Act Review of Remand Orders.

Respectfully,

Clerk/pdb

_____ORDER_____

The petition for permission to appeal is granted. Petitioners/Appellants are directed to pay the $505 filing fee in the District Court within 2 days of the date of this order. Once Petitioners/Appellants have paid the fee, the Clerk's Office will open the appeal on the Court's general docket. The Clerk shall then issue the following expedited briefing schedule:

> Appellants' opening brief and the joint appendix shall be filed within ten days of the date of this order.

> Appellee's brief shall be filed within 10 days of the date of filing of Appellants' brief.

> Appellants' reply brief, if any, shall be filed within 5 days of the date of filing of Appellee's brief.

The Court will not grant an extension of these deadlines absent a waiver of the 60-day deadline by the parties. See 28 U.S.C. § 1453(c)(3). If the parties intend to waive the 60 day deadline, they shall so advise the Clerk's Office within 7 days of the date of this order.

The appeal will be scheduled for disposition 60 days from the docketing of the appeal. The Court will advise the parties on or before June 30, 2023, if the case will be called for argument on a later date.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: June 2, 2023
PDB/cc: All Counsel of Record

**A True Copy:**

Patricia S. Dodszuweit, Clerk