UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 24-1896

LESROY BROWNE, on behalf of himself and those similarly situated,
Appellant

v.

NATIONAL COLLEGIATE STUDENT LOAN TRUST, also known as NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST 1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4; WILMINGTON TRUST CO, as Trustee for National Collegiate Student Loan Trust; U.S. BANK, N.A., in its Role as Special Servicer for the National Collegiate Student Loan Trust; TRANSWORLD SYSTEMS, INC.; JOHN DOES 1 TO 15

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2:22-cv-02713)
District Judge: Honorable Madeline C. Arleo

Submitted Under Third Circuit L.A.R. 34.1(a)
May 2, 2025

Before: KRAUSE, BIBAS, and MONTGOMERY-REEVES, *Circuit Judges*.

JUDGMENT

      This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) on May 2, 2025.

      On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's final judgment entered on April 30, 2024, be and hereby is **AFFIRMED**. Costs will be taxed against the Appellant. All of the above is in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 16, 2025

Certified as a true copy and issued in lieu of a formal mandate on ___August 4, 2025___

Teste: *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**