OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



August 4, 2025

Melissa E. Rhoads
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & United States Courthouse
50 Walnut Street
Newark, NJ 07102

RE: Lesroy Browne v. National Collegiate Student Loan Trust, et al
Case Number: 24-1896
District Court Case Number: 2:22-cv-02713

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment shows costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *Timothy McIntyre*
Timothy McIntyre, Case Manager
267-299-4953

cc:  Christopher J. Borchert, Esq.
 R. James Jude DeRose III, Esq.
 Jennifer L. Del Medico, Esq.
 Christopher B. Fontenelli, Esq.
 Karl Geercken, Esq.
 Mark H. Jensen, Esq.
 Yongmoon Kim, Esq.
 Albert J Rota, Esq.
 Philip D. Stern, Esq.